IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL,<br>d/b/a BAPTIST MEMORIAL HOSPITAL<br>MEMPHIS,<br><br>     Plaintiff,<br>v.<br><br>MICHAEL O. LEAVITT, Secretary<br>United States Department of Health<br>and Human Services<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE UNDER LCvR7.1

Plaintiff's counsel of record certifies that to the best of their knowledge and belief, the Plaintiff Hospital is a non-profit 501(c)(3) corporation owned and operated by Baptist Memorial Health Care Corporation ("BMHCC"). Plaintiff's counsel of record certifies further that to the best of their knowledge and belief, BMHCC has no outstanding securities in the hands of the public.

These representations are made in order that judges in this court may determine the need for recusal.

DATED: October 26, 2007.

Respectfully submitted,

QUAGLIANO & SEEGER, P.C.

_____
    393428
Bar Identification Number

Julie Quagliano, Esq.
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com

**Counsel for Plaintiff**

Of Counsel:

Sanford E. Pitler
Kelly A. Thomas
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
Phone: (206) 622-5511
Fax: (206) 622-8986

**Counsel for Plaintiff**

W:\Wdclient\1789\00141\MM733404.DOC