IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, )<br>d/b/a BAPTIST MEMORIAL HOSPITAL )<br>MEMPHIS, )<br>6019 Walnut Grove Road )<br>Memphis, Tennessee 38120 )<br>)<br>    Plaintiffs, )<br> vs. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>United States Department of Health )<br>and Human Services )<br>200 Independent Avenue, S.W. )<br>Washington, D.C. 20201 )<br>)<br>    Defendant. )<br>) | Civil Action No. |

## MOTION FOR ADMISSION *PRO HAC VICE*

As local counsel in the above captioned case and in accordance with LCvR 83.2(d), I am recommending attorney Sanford E. Pitler for admission *pro hac vice*. I certify that the information contained in his accompanying declaration is true and correct, to the best of my knowledge, information and belief.

Dated: October 26, 2007

Respectfully submitted.

_____393428_____
Bar Identification Number

_____
Julie Quagliano, Esq.
Quagliano & Seeger, P.C.
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com

**Counsel for Plaintiff**

W:\Wdclient\1789\00141\MM733237.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAptist MEMORIAL HOSPITAL, )<br>d/b/a BAPTIST MEMORIAL HOSPITAL)<br>MEMPHIS, )<br>6019 Walnut Grove Road )<br>Memphis, Tennessee 38120 )<br>)<br>                Plaintiffs, )<br>vs. )<br>)<br>MICHAEL O. LEAVITT, Secretary )<br>United States Department of Health )<br>and Human Services )<br>200 Independent Avenue, S.W. )<br>Washington, D.C. 20201 )<br>)<br>                Defendant. )<br>) | Civil Action No. |

## DECLARATION OF SANFORD E. PITLER
## IN SUPPORT OF MOTION
## FOR ADMISSION *PRO HAC VICE*

I, SANFORD E. PITLER, declare that I have read and understand the requirements of

LCvR 83.2(d), and certify that the following information is correct:

1. Name: Sanford E. Pitler

2. Office Address and Contact Information:

    Bennett Bigelow & Leedom, P.S.
    1700 Seventh Avenue, Suite 1900
    Seattle, Washington 98101
    Phone: (206) 622-5511
    Fax:    (206) 622-8986
    Email: pitler@bbllaw.com

DECLARATION OF SANFORD E. PITLER
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*
Page -1-

3. Bar Admissions Information:

    (a) State Bar Admissions: Washington State Bar Association, admitted November 12, 1986, Washington State Bar Association Number 16567.

    (b) Federal Bar Admissions:

        United States District Court for the Western District of Washington, admitted January 22, 1988; United States District Court for the Eastern District of Washington, admitted December 14, 2001;

        United States Court of Appeals for the Ninth Circuit, admitted March 10, 1988; United States Court of Appeals for the Sixth Circuit, admitted July 2, 1992; ; United States Court of Appeals for the Tenth Circuit, admitted May 13, 2002; United States Supreme Court, admitted November 30, 1998; and

        United States Court of Appeals for the District of Columbia Circuit, admitted September 28, 2007.

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* once to this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 26th day of October, 2007.

_____
Sanford E. Pitler

W:\Wdclient\1789\00141\MM733255.DOC

DECLARATION OF SANFORD E. PITLER
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*
Page -2-