IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, )<br>d/b/a BAPTIST MEMORIAL HOSPITAL )<br>MEMPHIS, )<br> )<br>           Plaintiffs, )<br>     vs. )<br> )<br>MICHAEL O. LEAVITT, Secretary )<br>United States Department of Health )<br>and Human Services )<br> )<br>           Defendant. )<br> ) | **Civil Action No.  07-1938**<br>**Judge Richard W. Roberts** |

## MOTION FOR ADMISSION *PRO HAC VICE*
## OF KELLY A. THOMAS

As local counsel in the above captioned case and in accordance with LCvR83.2(d), I am recommending attorney Kelly A. Thomas for admission *pro hac vice*. I certify that the information contained in her accompanying declaration is true to the best of my knowledge, information and belief.

RESPECTFULLY SUBMITTED this 30th day of October, 2007.

| 393428 | /s/ Julie Quagliano |
|---|---|
| Bar Identification Number | Julie Quagliano |
| | Quagliano & Seeger, P.C. |
| | 2620 P Street, N.W. |
| | Washington, D.C. 20007 |
| | Phone: (202) 822-8838 |
| | Fax: (202) 822-6982 |
| | Email: quagliano@quagseeg.com |
| | |
| | Counsel for Plaintiff |

W:\Wdclient\1789\00141\MM733259.DOC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL,       )<br>d/b/a BAPTIST MEMORIAL HOSPITAL)<br>MEMPHIS,                                                 )<br>                                                                  )<br>                              Plaintiffs,            )<br>        vs.                                                   )<br>                                                                  )<br>MICHAEL O. LEAVITT, Secretary     )<br>United States Department of Health   )<br>and Human Services                              )<br>                                                                  )<br>                              Defendant.          )<br>_____) | Civil Action No.   07-1938<br>Judge Richard W. Roberts |

**DECLARATION OF KELLY A. THOMAS
IN SUPPORT OF MOTION
FOR ADMISSION *PRO HAC VICE***

I, KELLY A. THOMAS, declare that I have read and understand the requirements of

LCvR 83.2(d), and certify that the following information is correct:

1. Name:  Kelly A. Thomas

2. Office Address and Contact Information:

    Bennett Bigelow & Leedom, P.S.
    1700 Seventh Avenue, Suite 1900
    Seattle, Washington 98101
    Phone:  (206) 622-5511
    Fax:     (206) 622-8986
    Email:  kthomas@bbllaw.com

3. Bar Admissions Information:

    (a)    State Bar Admissions:  Washington State Bar Association, admitted November 2, 2002, Washington State Bar Association Number 33191; and New Mexico State Bar Association admitted April 27, 2007, New Mexico State Bar Association Number 25112.

  (b) Federal Bar Admissions:

    United States District Court for the Eastern District of Washington, admitted July 2, 2003; United States District Court for the Western District of Washington, admitted February 5, 2004; and

    United States Court of Appeals for the Ninth Circuit, admitted December 29, 2004.

4. I certify that I have not been disciplined by any bar.

5. I have been admitted *pro hac vice* once to this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, and I do not have an application for membership pending.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 26th day of October, 2007.

        /s/ Kelly A. Thomas
        Kelly A. Thomas

W:\Wdclient\1789\00141\MM733260.DOC

DECLARATION OF KELLY A. THOMAS
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE*
Page -2-

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, )<br>d/b/a BAPTIST MEMORIAL HOSPITAL)<br>MEMPHIS, )<br>                                              )<br>            Plaintiffs,    )<br>    vs.                                       )<br>                                              )<br>MICHAEL O. LEAVITT, Secretary )<br>United States Department of Health )<br>and Human Services                )<br>                                              )<br>            Defendant.    )<br>                                              ) | Civil Action No.  07-1938<br>Judge Richard W. Roberts |

**ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*
OF KELLY A. THOMAS**

The Court having reviewed the Motion for Admission *Pro Hac Vice* of Kelly A. Thomas in this matter, and it appearing that the Movant meets the requirements of Local Rule 83.2 (d), it is

ORDERED, that the Motion For Admission *Pro Hac Vice* of Kelly A. Thomas is GRANTED; and it is further

ORDERED, that Kelly A. Thomas may appear and represent Plaintiff in this proceeding in accordance with the Local Rules of this Court.

This _____ day of _____, 2007.

_____
Unites States Bankruptcy Judge