AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

BAPTIST MEMORIAL HOSPITAL
MEMPHIS-EAST MEDICAL CENTER, et al.,

**SUMMONS IN A CIVIL CASE**

V.

MICHAEL O. LEAVITT, Secretary of U.S.
Department of Health and Human Services,

CASE

Case: 1:07-cv-01938
Assigned To : Roberts, Richard W.
Assign. Date : 10/26/2007
Description: Admn. Agency Review

TO: (Name and address of Defendant)

MICHAEL O. LEAVITT, Secretary United States
Department of Health and Human Services
200 Independent Avenue, S.W.
Washington, D.C. 20201

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Julie Quagliano, Esq.
Michael C. Zisa, Esq.
Quagliano & Seeger, P.C.
2620 P Street, NW
Washington, D.C. 20007
Tel: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com
Email: zisa@quagseeg.com

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON        OCT 26 2007
CLERK                          DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: December 12th, 2007 |
| NAME OF SERVER (PRINT): Robert Magruder | TITLE: Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Lakesha Carroll, Civil Process Clerk, Authorized, c/o Jeffrey A. Taylor, U.S. Attorney for the District of Columbia 501 3rd Street, N.W., Washington, D.C. 20530

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/07
Date

Signature of Server: *[signed] Robert Magruder*

2441 Shellcove Ct., Waldorf, MD 20601
Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 12th, 2007 |
| NAME OF SERVER (PRINT) Robert Magruder | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: W.T. Lee, Civil Process Clerk, Mail Room, Authorized, c/o Michael Mukasey, Attorney General, U.S. Dept. of Justice 950 Pennsylvania Avenue, N.W., Washington, D.C. 20530-0001

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/13/07
      Date

*Signature of Server*

2441 Shellcove Ct., Waldorf, MD 20601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | December 12th, 2007 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Robert Magruder | Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: Donald K. Roots, Senior Executive, Authorized c/o Michael O. Leavitt, Secretary, United States Dept. of Health and Human Services, 200 Independence Avenue, S.W., Washington, D.C. 20201

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/13/07
    *Date*

*Signature of Server*

2441 Shellcove Ct., Waldorf, MD 20601
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.