UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL, d/b/a   )
    BAPTIST MEMORIAL   )
    HOSPITAL-MEMPHIS   )
                                                                )
        Plaintiff,   )
                                                                 )
        v.   )   Case No. 1:07-cv-1938 (RWR)
                                                                  )
MICHAEL O. LEAVITT, Secretary,   )
    U.S. Department of Health   )
       and Human Services,   )
                                                                 )
        Defendant.   )
_____)

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b)(1), Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), by and through his undersigned counsel, respectfully moves this Court for a 45-day enlargement of time, up to and including March 27, 2008, to answer or otherwise respond to Plaintiff's Complaint. Pursuant to Local Rule 7(m), the Secretary's counsel attempted to contacted Plaintiff's counsel on February 6, 2008, and again on February 7, 2008, leaving messages on both occasions requesting that Plaintiff's counsel contact counsel for the Secretary regarding the instant motion. As of the filing of this motion, counsel for the Secretary has not been able to reach counsel for Plaintiff. In support of the instant motion, the Secretary states as follows:

    1.  Plaintiff instituted this action with the filing of its Complaint on October 26, 2007. However, Plaintiff did not perfect service until December 12, 2007. Thus, the current deadline for the Secretary's response to Plaintiff's Complaint is February 11, 2008. See Fed. R. Civ. P. 12(a)(3)(A).

2. Plaintiff challenges a decision by the Administrator of the Centers for Medicare & Medicaid Services ("CMS") made during the course of an administrative review of Plaintiff's claim for increased Medicare payment. The Medicare payment issues and legal issues in this action are complex and require careful investigation of the administrative record before the Secretary can answer or otherwise respond to the Complaint.

3. The Office of the Attorney Advisor ("OAA") within CMS is responsible for compiling the administrative records for all actions filed in courts throughout the country regarding Medicare provider reimbursement disputes and, thus, its workload is quite heavy.

4. The Secretary's counsel has not yet received the administrative record for this action from the OAA. Upon receipt of the administrative record, counsel will need time to review the record, consult with the agency as necessary, and prepare an appropriate response to Plaintiff's Complaint.

5. In order to allow sufficient time for OAA to compile the administrative record, and for counsel to review that record, consult with the agency as necessary and prepare an appropriate response to the Complaint, the Secretary respectfully requests an enlargement of time of 45 days, up to and including March 27, 2008, within which to answer or otherwise respond to Plaintiff's Complaint.

6. This request is made in good faith and not for purposes of delay.

7. The Secretary has not previously requested or received an extension of time to respond to Plaintiff's Complaint.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Respectfully submitted,

     /s/
JEFFREY A. TAYLOR
United States Attorney
D.C. Bar No. 498610

     /s/
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372
Facsimile: (202) 514-8780

     /s/
ROBERT BALDERSTON
Attorney
U.S. Department of Health and
     Human Services
Office of the General Counsel
Room 5309, Cohen Bldg.
330 Independence Ave, SW
Washington, DC 20201
(202) 619-3601
Facsimile: (202) 401-1405

Counsel for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BAPTIST MEMORIAL HOSPITAL, d/b/a    )
    BAPTIST MEMORIAL           )
    HOSPITAL-MEMPHIS           )
                               )
    Plaintiff,                 )
                               )
v.                                 )    Case No. 1:07-cv-1938 (RWR)
                               )
MICHAEL O. LEAVITT, Secretary,     )
    U.S. Department of Health  )
    and Human Services,        )
                               )
    Defendant.                 )
_____)

### **ORDER**

Having considered Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that Defendant's Motion for Enlargement of Time to Answer or Otherwise Respond to Plaintiff's Complaint is hereby granted, and it is

FURTHER ORDERED that Defendant shall have up to and including March 27, 2008 to answer or otherwise respond to Plaintiff's Complaint.

                                                      UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel