UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a )<br>    BAPTIST MEMORIAL )<br>    HOSPITAL-MEMPHIS )<br>                                     )<br>        Plaintiff, )<br>                                     )<br>        v. )<br>                                     )<br>MICHAEL O. LEAVITT, Secretary, )<br>    U.S. Department of Health )<br>      and Human Services, )<br>                                   )<br>        Defendant. )<br>_____) | Case No. 1:07-cv-1938 (RWR)<br><br>**ECF** |

## **PRAECIPE**

Defendant requests that the Clerk of the Court enter the appearance of Robert W. Balderston, as additional counsel for Defendant in the above-captioned case.

                                                 Respectfully submitted,

                                                 _____/S/_____
                                                 ROBERT W. BALDERSTON
                                                 Attorney
                                                 U.S. Department of Health and Human Services
                                                 Office of the General Counsel
                                                 Room 5309, Cohen Building
                                                 330 Independence Avenue, S.W.
                                                 Washington, D.C.  20201
                                                 (202) 619-3601

OF COUNSEL:

JAMES STANSEL
Acting General Counsel

JANICE HOFFMAN
Associate General Counsel

MARK D. POLSTON
Deputy Associate General Counsel
    for Litigation

U.S. Department of Health and Human Services