UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BAPTIST MEMORIAL HOSPITAL, | ) | |
| d/b/a/ BAPTIST MEMORIAL | ) | |
| HOSPITAL-MEMPHIS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. Action No. 07-1938 (RWR) |
| | ) | ECF |
| MICHAEL O. LEAVITT, | ) | |
| Secretary, United States Department of | ) | |
| Health and Human Services, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF FILING OF ADMINISTRATIVE RECORD**

Defendant, the Secretary of Health and Human Services, United States Department of Health and Human Services, hereby files the attached administrative record in the above-captioned action.  The record, which contains volumes 1-4, exceeds 500 pages and thus in accordance with the Court's ECF rules has been filed and served in hard copy only.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

/s/
CHRISTOPHER B. HARWOOD
N.Y. Reg. No. 4202982
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

(202) 307-0372

## CERTIFICATE OF SERVICE

_____I hereby certify that the foregoing copy of the Defendant's Notice of Filing Of Administrative Record with attached Administrative Record has been sent by Federal Express, this \_\_ day of April, 2008, addressed to:

**Julie Ann Quagliano**
QUAGLIANO & SEEGER, PC
2620 P Street NW
Washington, DC 20007
(202) 298-7612


/s/
Christopher B. Harwood
Assistant United States Attorney