UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA

_____
                              )
**BAPTIST MEMORIAL HOSPITAL,** )
                              )
    Plaintiff,                )
                              )
    v.                        )     Civil Action No. 07-1938 (RWR)
                              )
**MICHAEL O. LEAVITT,**        )
                              )
    Defendant.                )
_____)


            **ORDER FOR INITIAL SCHEDULING CONFERENCE**

    It is hereby ORDERED that the initial scheduling conference be and hereby is set for June 11, 2008 at 10 a.m.  Counsel who attend must be sufficiently familiar with the case to answer any questions that arise.  Parties are welcome and are encouraged to attend.

    Counsel shall confer and submit no later than five business days in advance of the conference a joint written report reflecting their proposal for the schedule upon which this case should proceed.  The parties' joint report should also advise the Court whether the parties consent to the transfer of this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c).

    Parties' written communication with the Court is to be by motion, opposition, and reply, rather than by letter.  Oral inquiries concerning the status or scheduling of any pending matter shall be directed to the Courtroom Deputy Clerk, Ms. Linda Romero, (202) 354-3166, rather than to chambers.  If Ms. Romero is unavailable, such inquiries shall be directed to the staff person in the Clerk's Office designated as her substitute.  In an emergency, however, chambers can be reached at (202) 354-3400.

- 2 -

A request for a continuance of a court date must include alternative dates that have been agreed to by all parties. Failure to provide such information may result in denial of the request.

May 27, 2008                              _____/s/_____
                                          RICHARD W. ROBERTS
                                          United States District Judge