IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a<br>    BAPTIST MEMORIAL HOSPITAL-<br>    MEMPHIS,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL O. LEAVITT,<br>Secretary, United States Department of<br>Health and Human Services,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:07CV01938 (RWR)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATEMENT AND MOTION FOR STAY
PENDING FINAL RESOLUTION OF RELATED CASE**

Counsel for Plaintiff, Baptist Memorial Hospital, d/b/a Baptist Memorial Hospital-Memphis ("Baptist-Memphis"), and for Defendant Michael O. Leavitt, the Secretary of Health and Human Services ("the Secretary"), have conferred. This action arises under the Medicare statute, 42 U.S.C. § 1395 et seq., and Plaintiff seeks judicial review of a final decision of the Secretary's delegate, the Administrator of the Centers for Medicare & Medicaid Services ("CMS"), reversing the decision in Baptist-Memphis's favor entered by the Provider Reimbursement Review Board ("PRRB") following an evidentiary hearing. As such, the parties agree that this is an "action for review on an administrative record" governed by the standards of the Administrative Procedure Act. See 42 U.S.C. § 1395oo(f)(1). The parties therefore respectfully submit that: discovery is not necessary; the requirements of a Rule 26(f) conference, a joint meet and confer statement, and initial disclosures are not applicable; and the obligation to have an initial scheduling conference does not arise. See Fed. R. Civ. P. 26(a)(1)(B)(i), (f);

LCvR 16.3(b)(1). Accordingly, the parties respectfully request that they be relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to attend the June 11, 2008 Initial Scheduling Conference, which was ordered by this Court on May 27, 2008. (See Doc. No. 12.)

The parties also agree, and therefore respectfully submit, that this action should be stayed until the final resolution of a related case pending before the United States Court of Appeals for the District of Columbia Circuit that presents the same underlying Medicare payment matter at issue here, Baptist Memorial Hospital, Inc., et al. v. Leavitt, No. 07-5269 ("Baptist Memorial Inc.") (appeal fully briefed; oral argument held on May 12, 2008).

Baptist Memorial Inc. began as a group appeal before the PRRB that initially reached district court through expedited judicial review. See 42 U.S.C. § 1395oo(f)(1); 42 C.F.R. § 405.1842. Baptist-Memphis participated in the group appeal for its fiscal year ending ("FYE") 9/30/94, which is also the subject of the instant case. The issue presented in Baptist Memorial Inc. is whether the Medicare disproportionate share statute required the Secretary to include Medicaid "expansion population days" in the calculation of the "disproportionate share hospital (DSH) payment adjustment" for discharges occurring prior to January 20, 2000. By contrast, this case concerns the issue of whether Baptist Memphis has a right to include in the calculation of its FYE 9/30/94 DSH payment calculation Medicaid expansion population days for discharges prior to January 20, 2000 pursuant to the Secretary's "hold harmless policy" announced in a program policy memorandum (A-99-62). Although plaintiffs have raised an alternative theory based on statutory requirements for relief as part of the group appeal in Baptist Memorial Inc., as compared to the instant case based on the Secretary's hold harmless policy, the same underlying

2

payment matter is at issue in the two cases: whether Medicaid expansion population days should be included in the calculation of the DSH payment adjustment for Baptist-Memphis's FYE 9/30/94.

If the court in <u>Baptist Memorial Inc.</u> holds that the Medicare DSH statute requires the Secretary to include expansion population days in the calculation of the DSH payment adjustment for Baptist-Memphis's 1994 fiscal year, there would be no need for Plaintiff to seek inclusion of the same Medicaid expansion population days in its Medicare DSH payment adjustment in this case pursuant to the Secretary's hold harmless policy referenced above. In support of the parties' motion for a stay, Baptist-Memphis hereby stipulates that, if this jointly requested stay is granted, Baptist-Memphis will pursue its claims in this action only if the Secretary finally prevails in <u>Baptist Memorial Inc.</u>; conversely, if plaintiffs finally prevail in <u>Baptist Memorial Inc.</u>, Baptist-Memphis will promptly dismiss the above-captioned action with prejudice once it has received payment from the Secretary reflecting inclusion of expansion population days in the DSH calculation for FYE 6/30/94 in accordance with the final decision in <u>Baptist Memorial Inc.</u> Consequently, depending upon how <u>Baptist Memorial Inc.</u> is finally decided, further proceedings in this case may not be necessary. On the other hand, absent the stay requested jointly by the parties, the resources of this Court and of the parties could unnecessarily be expended to litigate and resolve issues that could prove ultimately to be of no concern to the parties.

Finally, the parties further request that, in the event that this Court were to stay this action and the Secretary were to prevail ultimately in <u>Baptist Memorial Inc.</u>, the parties should be required to confer and propose a briefing schedule in this action, within thirty (30) days after a

final, non-appealable judgment has been entered in <u>Baptist Memorial Inc.</u>

A proposed Order is attached.

                                         Respectfully submitted,

                                         /s/
                                     JEFFREY A. TAYLOR
                                     United States Attorney
                                     D.C. Bar No. 498610

                                         /s/
                                     CHRISTOPHER B. HARWOOD
                                     Assistant United States Attorney
                                     Civil Division
                                     555 4th Street, N.W.
                                     Washington, D.C. 20530
                                     (202) 307-0372
                                     Facsimile: (202) 514-8780

                                         /s/
                                     ROBERT W. BALDERSTON
                                     Attorney
                                     U.S. Department of Health &
                                       Human Services
                                     Office of the General Counsel
                                     Room 5309, Cohen Bldg.
                                     330 Independence Ave, SW
                                     Washington, DC 20201
                                     (202) 619-3601
                                     Facsimile: (202) 401-1405

                                     Counsel for Defendant

                                     BENNETT BIGELOW & LEEDOM, P.S.


                                     By       /s/
                                     Sanford E. Pitler, Esq., WSBA No. 16567
                                     *Pro Hac Vice*
                                     1700 Seventh Avenue, Suite 1900
                                     Seattle, WA 98101
                                     Telephone: (206) 622-5511

Email: pitler@bbllaw.com

QUAGLIANO & SEEGER, P.C.

By _____/s/_____
Julie Quagliano, Esq., D.C. Bar No. 393428
Michael C. Zisa, Esq., D.C. Bar No. 467724
2620 P Street, N.W.
Washington, D.C. 20007
Phone: (202) 822-8838
Fax: (202) 822-6982
Email: quagliano@quagseeg.com

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BAPTIST MEMORIAL HOSPITAL, d/b/a     ) <br>     BAPTIST MEMORIAL HOSPITAL-   ) <br> MEMPHIS,                                             ) <br>                   Plaintiff,              ) <br> v.                                                  ) <br> MICHAEL O. LEAVITT,             ) <br> Secretary, United States Department of  ) <br> Health and Human Services,         ) <br>                   Defendant.            ) | Case No. 1:07CV01938 (RWR) |

**<u>ORDER</u>**

Having considered the parties' Joint Statement and Motion for Stay Pending Final Resolution of Related Case, and the entire record herein, it is this _____ day of _____, 2008,

ORDERED that, because this is an action for review on an administrative record under Fed. R. Civ. P. 26(a)(1)(B)(i), (f); LCvR 16.3(b)(1), the parties are hereby relieved of the obligations to have a Rule 26(f) conference and submit a joint meet and confer statement; to make initial disclosures; and to attend the June 11, 2008 Initial Scheduling Conference, which had been ordered by the Court on May 27, 2008; and it is

FURTHER ORDERED that all proceedings in the above-captioned action are stayed pending the entry of a final, non-appealable judgment in the related case pending before the United States Court of Appeals for the District of Columbia Circuit, <u>Baptist Memorial Hospital, Inc., et al. v. Leavitt</u>, No. 07-5269 ("<u>Baptist Memorial Inc.</u>"); and it is

FURTHER ORDERED that, if the plaintiff hospitals prevail in Baptist Memorial Inc., Plaintiff in the above-captioned action will promptly dismiss this action with prejudice after a final, non-appealable judgment has been entered in Baptist-Memorial Inc., and after it has received payment from the Secretary in accordance with the final decision in Baptist Memorial Inc.; and it is

FURTHER ORDERED that, if the defendant Secretary of Health and Human Services finally prevails in Baptist Memorial Inc., the parties in the above-captioned action will confer and propose a briefing schedule in this action within thirty (30) days after a final, non-appealable judgment has been entered in the Baptist Memorial Inc. case.

_____
UNITED STATES DISTRICT JUDGE

Copy to: ECF Counsel